December 01, 2006

Mr. J. Brett Busby
Mayer, Brown, Rowe, & Maw LLP
700 Louisiana St., Suite 3400
Houston, TX 77002-2730

Mr. Robert L. Ketchand
Boyer & Ketchand, P.C.
Nine Greenway Plaza, Suite 3100
Houston, TX 77046
Mr. Richard P. Hogan Jr.
Pillsbury Winthrop Shaw Pittman, L.L.P.
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010

RE: Case Number: 04-0194
 Court of Appeals Number: 01-01-00079-CV
 Trial Court Number: 97-29163

Style: EMZY T. BARKER, III AND AVA BARKER D/B/A BRUSHY CREEK BRAHMAN
 CENTER AND BRUSHY CREEK CUSTOM SIRES
 v.
 WALTER W. ECKMAN, INDIVIDUALLY AND AS NOMINEE AND TRUSTEE, ECKMAN,
 INC., AND LARRY ECKMAN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |
| |Mr. P. M. |
| |Schenkkan |